# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LEROY HANLEY**                                                 **PLAINTIFF**

v.                       **Case No. 3:23-cv-00086-KGB**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                       **DEFENDANT**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 15). No party has filed objections to the Recommended Disposition, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's finding in all respects. Plaintiff Leroy Hanley's case is reversed and remanded to the Commissioner for further proceedings consistent with this Order. This is a remand under sentence four of 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991. Judgment will be entered accordingly.

It is so ordered this the 30th day of August, 2024.

                                                                     */s/ Kristine G. Baker*
                                                                     Kristine G. Baker
                                                                     Chief United States District Judge