**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**LEROY HANLEY**                                                                                        **PLAINTIFF**

v.                                    **Case No. 3:23-cv-00086-KGB**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter this date, it is considered, ordered, and adjudged that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

It is so ordered this the 30th day of August, 2024.

_____
Kristine G. Baker
Chief United States District Judge