**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**LEROY HANLEY**                                                                                                                      **PLAINTIFF**

**v.**                             **Case No. 3:23-cv-00086-KGB**

**COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION**                                       **DEFENDANT**

**<u>ORDER</u>**

      Before the Court is the stipulation to an award of attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), where the parties state that, after negotiation and settlement, they agree and stipulate that an appropriate attorney's fee for services performed before the United States District Court on behalf of plaintiff Leroy Hanley under the EAJA is $7,500.00 (Dkt. No. 18). For good cause shown, the Court adopts the parties stipulation to an award of attorney fees under the EAJA (Dkt. No. 18). Per the agreement of the parties, the EAJA fee award shall be made payable to Mr. Hanley in the care of and mailed to his counsel, but subject to any offset to satisfy any pre-existing debt owed by Mr. Hanley to the United States. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010) (holding that an award of fees under the EAJA is payable to the litigant and is therefore subject to a government offset to satisfy the litigant's pre-existing debt to the United States). The Commissioner shall certify this award.

      It is so ordered this the 14th day of November, 2024.

                                                                                    _____
                                                                                   Kristine G. Baker
                                                                                   Chief United States District Judge